IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TAYR KILAAB AL GHASHIYAH (KHAN),
f/k/a JOHN CASTEEL,

                                      ORDER

        Plaintiff,

   v.                                      07-C-308-C

MATTHEW FRANK, *et al.*

        Defendants.

---

On January 18, 2007, this court received the DOJ's report on plaintiff's access to his institution's library. *See* dkt. 44. I am satisfied from this report that plaintiff is receiving sufficient access to the library. Additionally, as noted in the amended scheduling order, we have resolved plaintiff's concern that the court receive a videotape of the entire incident in question. Therefore, all pending discovery motions (dkts. 33, 37 and 45) are denied as moot.

Entered this 23rd day of January, 2008.

                                                    BY THE COURT:
                                                    /s/
                                                    STEPHEN L. CROCKER
                                                    Magistrate Judge