IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TAYR KILAAB AL GHASHIYAH (KHAN),
f/n/a JOHN CASTEEL,

                Plaintiff,                              ORDER

        v.                                              07-cv-308-bbc

MATTHEW FRANK, RICHARD SCHNEITER,
JAILOR A. JONES, JAILOR SHARPE,
JAILOR TAYLOR, JAILOR HANFIELD,
JAILOR PRIMMER, JAILOR MICKELSON,
JAILOR ESSER and JAILOR SCULLION,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff's motion for imposition of Rule 11 sanctions against the defendants for their alleged failure to properly seek access to his medical records is DENIED for the reasons expressed in this court's order of March 10, 2008.

Entered this 12th day of March, 2008.

                                        BY THE COURT:

                                        /s/

                                        _____
                                        BARBARA B. CRABB
                                        District Judge