IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TAYR KILAAB AL GHASHIYAH (KHAN),
f/n/a JOHN CASTEEL,

               Plaintiff,                       ORDER

      v.                                  07-cv-308-bbc

MATTHEW FRANK, RICHARD SCHNEITER,
JAILOR A. JONES, JAILOR SHARPE,
JAILOR TAYLOR, JAILOR HANFIELD,
JAILOR PRIMMER, JAILOR MICKELSON,
JAILOR ESSER and JAILOR SCULLION,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff Kahn has filed a motion to strike "expert witness affidavits and testimony" supplied in support of defendants' motion for summary judgment. Because plaintiff appears to be challenging proposed findings of fact and evidentiary matter submitted in support of defendants' motion for summary judgment, a decision on the motion to strike will be made at the time the court rules on the summary judgment motion.

Entered this 21st day of April, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

1