IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TAYR KILAAB AL GHASHIYAH (KHAN),
f/n/a JOHN CASTEEL,

      Plaintiff,            MEMORANDUM

  v.                  07-cv-308-bbc

MATTHEW FRANK, RICHARD SCHNEITER,
ANDREW JONES, JOHN SHARPE,
THOMAS TAYLOR, MICHAEL HANFIELD,
LARRY PRIMMER, RICK MICKELSON,
DANE ESSER and MATTHEW SCULLION,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   Judgment was entered in this case in favor of defendants on June 12, 2008. The case is now on appeal. Plaintiff has filed a letter asking this court to clarify two issues raised by the court of appeals in an order directed to him and defendants dated July 21, 2008. In that order, the court stated that it was unclear whether a final judgment had been entered in this case as to all defendants. First, the court noted that in this court's order granting defendants' motion for summary judgment, John Sharpe was not listed as one of the defendants joining the motion. Second, although that list did include defendant Thomas

1

Taylor, he was not listed on the court's docket sheet as a defendant.

Both of these matters were oversights. I granted defendants' motion for summary judgment in full. Although John Sharpe's name was omitted inadvertently from this court's list of defendants who brought the motion for summary judgment, both defendants' motion and the summary judgment opinion addressed plaintiff's claim against defendant Sharpe. Dkt. ##84-85, 127. With respect to Thomas Taylor, the summary judgment order identifies him correctly as a defendant in the case. I allowed plaintiff to proceed on his claim against Taylor in an order dated August 1, 2007, dkt. #7, and Taylor accepted service of the complaint on August 30, 2007, dkt. #14. The absence of his name from the docket sheet is simply a clerical error.

Because the judgment entered in this case reflects that the case has been dismissed with respect to all defendants, including John Sharpe and Thomas Taylor, it is unnecessary to amend the judgment. However, the clerk of court is requested to correct the electronic docket to reflect Thomas Taylor's status as a former defendant.

Entered this 30th day of July, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge